IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTINA ESPERANZA LOPEZ,**

      **Plaintiff,**

**vs.**                                                                                  **Civ No. 23-00478 MLG KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social**
**Security Administration,**

      **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through November 16, 2023, to file the opening brief in the above-referenced matter. Defendant is granted through until December 16, 2023 to file her response, and Plaintiff is granted through December 30, 2023, to serve her reply, if any.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/ Katherine Hartung O'Neal*  submitted on September 18, 2023
Armstrong Johnson Law, LLC
Attorneys for Plaintiff
8809 Washington Street NE, Suite 125
Albuquerque, NM 87113
(505) 890-9056
(505) 266-5860 fax

Email Approval on September 18, 2023
Manuel Lucero, AUSA
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1504
(505) 346-7205 fax